CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **William Warren Laird, Jr.**   SS#: **xxx-xx-6279**   Net Monthly Earnings: **350.00**

SS#: _____   Number of Dependents: **1**

1. Plan Payments:
   ( ___ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or
   ( **X** ) Payroll deduction Order: To **Oakman Hardwoods** for
   $ **80.77** ☒ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **21,000.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| State of Alabama Dept of Rev. | Taxes and certain other debts | $550.00 | $68.75 |

   B. Total Attorney Fee: $ **3,000.00** ; **$0.00** paid pre-petition; $ **560.00** to be paid at confirmation and $ **280.00** per month for 3 months, with **$65.00** per month until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Fidelity Bank | $49,989.47 | ☐ by Trustee ☒ by Debtor $414.00 | | $9,096.76 | | 0.00% | $163.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Check Exchange of Bessemer | $45.00 | $4,500.00 | $5,000.00 | $0.00 | 2007 Ford Ranger | 5.25% | $94.00 | Mar 2014 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| US Dep artment of Education | $0.00 | $0.00 | Student Loan that Debtor co-signed on for step-son. Step-son will pay direct. | Step-son will pay direct. |
| US Department of Education | $3,667.00 | $0.00 | direct.Student loan that Debtor co-signed with step-son who will make payments direct. | step-son will make payments direct. |
| US Department of Education | $7,710.00 | $0.00 | Student Loan that Debtor co-signed on with step-son, who will make the payments direct. | step-son, will make the payments direct. |

IV. Special Provisions:
   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **POT** %.
   ☒ Other Provisions: **Attorney's fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative order 11-01.
   Debtor proposes to pay a "POT" to holders of allowed general unsecured claims of $2,053.81.
   Debtor will pay all pre and post petition utility service charges to Alabama Power Company in lieu of posting a deposit under 11 U.S.C. 366 and

acknowledge that 11 U.S.C. 326 will not prohibit collection of these debts by Alabama Power Company.

**Special Intentions:**

**GE Money Bank: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

**Springleaf Financial: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

**Titlemax of Bessemer #1: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**

| Attorney for Debtor Name/Address/Telephone # | Date **October 10, 2014** | **/s/ William Warren Laird, Jr.** |
|---|---|---|
| **/s/ Paula C. Greenway** <br> **505 North 20th Street** <br> **Suite 1220** <br> **Birmingham, AL 35203** <br> Telephone # **205.324.4000** | | **William Warren Laird, Jr.** <br> Signature of Debtor |